# United States District Court
## *Southern District of Georgia*

ARTHUR B. CARLSON and ARLENE J. CARLSON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV213-170

BRGA ASSOCIATES, LLC and
BRUNSWICK HOTEL PARTNERS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 22nd day of January 2015, granting the

Defendants' Motion for Summary Judgment, judgment is hereby entered and this case stands closed.

Approved by: _____

Date March 12, 2015

Scott L. Poff
*Clerk*

s/Candy Asbell
*(By) Deputy Clerk*